# BEFORE THE UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. 3157 & Title - **IN RE**: Procter & Gamble Company "Protect, Grow and Restore" Marketing and Sales Practices Litigation

## NOTICE OF APPEARANCE

(Appearances should only be entered in compliance with Rule 4.1(c).

**PARTIES REPRESENTED (indicate plaintiff or defendant (i.e. Plaintiff Bob Jones)–If representation includes more than one party, attach a separate list.)**

See attached list of represented parties.

**SHORT CASE CAPTION(s) (Include District and Civil Action No. (i.e. Jones v. Smith Corp., et al., D. Delaware, 1:14-586)–If party representation includes more than one case, attach a schedule of actions) NOTE: Include only actions in which you are entering an Appearance.**

See attached Schedule of Actions.

In compliance with Rule 4.1(c), R.P.J.P.M.L., 199 F.R.D. 425, 431 (2001), the following designated attorney is authorized to receive service of all pleadings, notices, orders, and other papers relating to practice before the United States Judicial Panel on Multidistrict Litigation on behalf of the plaintiff(s)/ defendant(s) indicated. I am aware that only one attorney can be designated for each party.

6/12/25 — Date

/s/ Steve W. Berman — Signature of Attorney or Designee

**Name and Address of Designated Attorney:** Hagens Berman Sobol Shapiro LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101

Telephone No.: (206) 623-7292 Fax No.: (206) 623-0594

Email Address: steve@hbsslaw.com

Instructions:

1. From the JPML home page, download Notice of Appearance. Fill out form and save in .pdf format. (All documents filed with the Judicial Panel must be in PDF Format.) The Appearance Form is to be filed as the main PDF document. Any documents submitted with the Appearance Form are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Notices. Select the appropriate Notice of Appearance. Select Next.
4. Enter the three or four digit MDL number (ex. 875). Select Next.
5. Verify MDL number, if correct Select Next.
6. Choose the case(s) for which the Appearance is being filed. Select Next.
7. Select Party. Select next twice.
8. Upload the Appearance Form as the Main document and all other documents as attachments. Be sure to choose a category and description. Select the document to which the Appearance relates. (N ote: Appearances filed in new litigations will be linked to the initial Motion for Transfer and Appearances filed in transferred litigations should be linked to the Conditional Transfer Order (CTO).
9. Select the next button and verify docket text. If correct continue to select next to complete the transaction.

**JPML Notice of Appearance – Steve W. Berman**

**PARTIES REPRESENTED**

Plaintiff Melissa Lowry
Plaintiff Lisa Kopecki
Plaintiff Michael Dunn
Plaintiff Dawn van der Steeg
Plaintiff Kelly Rivers
Plaintiff Ernest Easter
Plaintiff Jubin Kwon
Plaintiff Angela Bryant
Plaintiff Gia Pascarelli
Plaintiff Shannon Weisman
Plaintiff Stuart Bergman
Plaintiff Brian Hymas
Plaintiff Trisha Nadeau
Plaintiff Adam Alzaldi
Plaintiff Dwight Chornomud
Plaintiff Melisssa Cuevas
Plaintiff Patricia Dean
Plaintiff Carole Grant
Plaintiff LaTronya Williams
Plaintiff Pamela A. Giarrizzo
Plaintiff Cynthia Meuse
Plaintiff Catherine DuPont
Plaintiff Teretta Willis
Plaintiff Sharon Beck

**SHORT CASE CAPTIONS**

*Lowrey, et al. v. Procter & Gamble Co, et al*., 2:25-cv-00108 (W.D. Washington)

*Alzaidi, et al. v. Procter & Gamble Co*., 3:25-cv-04519 (N.D. California)

*Dean, et al. v. Procter & Gamble Co*., 1:25-cv-05977 (N.D. Illinois)

*Giarrizzo, et al. v. Procter & Gamble Co*., 1:25-cv-11524 (D. Massachusetts)

*DuPont v. Procter & Gamble Co*., 0:25-cv-02260 (D. Minnesota)

*Willis, et al. v. Procter & Gamble Co*., 1:25-cv-04461 (S.D. New York)