**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: PROCTER & GAMBLE COMPANY "PROTECT, GROW AND RESTORE" MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3157 |

**SCHEDULE OF ACTIONS**

| Case Captions | Court | Civil Action No. | Judge |
|---|---|---|---|
| **Plaintiffs:**<br>Adam Alzaidi<br>Dwight Chornomud<br>Melissa Ceuvas<br><br>**Defendant:**<br>Procter & Gamble Company | N.D. California (San Francisco) | 3:25-cv-04519 | Hon. Maxine M. Chesney |
| **Plaintiffs:**<br>Patricia Dean<br>Carole Grant<br>LaTronya Williams<br><br>**Defendant:**<br>Procter & Gamble Company | N.D. Illinois (Chicago) | 1:25-cv-05977 | Hon. Lindsay C. Jenkins |
| **Plaintiffs:**<br>Pamela A. Giarrizzo<br>Cynthia Meuse<br><br>**Defendant:**<br>Procter & Gamble Company | D. Massachusetts (Boston) | 1:25-cv-11524 | Hon. Leo T. Sorokin |
| **Plaintiff:**<br>Catherine DuPont<br><br>**Defendant:**<br>Procter & Gamble Company | D. Minnesota (Minneapolis) | 0:25-cv-02260 | Hon. Eric C. Tostrud |

| | | | |
|---|---|---|---|
| **Plaintiffs:**<br>Teretta Willis<br>Sharon Beck<br><br>**Defendant:**<br>Procter & Gamble Company | S.D. New York (Manhattan) | 1:25-cv-04461 | Unassigned |
| **Plaintiffs:**<br>Melissa Lowry<br>Adam Alzaldi (T)[1]<br>Dwight Chornomud (T)<br>Melisssa Cuevas (T)<br>Pamela Giarrizzo (T)<br>Carole Grant (T)<br>Cynthia Meuse (T)<br>LaTronya Williams (T)<br>Lisa Kopecki<br>Michael Dunn<br>Patricia Dean (T)<br>Catherine DuPont (T)<br>Teretta Willis (T)<br>Sharon Beck (T)<br>Dawn van der Steeg<br>Kelly Rivers<br>Ernest Easter<br>Jubin Kwon<br>Angela Bryant<br>Gia Pascarelli<br>Shannon Weisman<br>Stuart Bergman<br>Brian Hymas<br>Trisha Nadeau<br><br>**Defendants:**<br>Procter & Gamble Company<br>Procter & Gamble Distributing, LLC | W.D. Washington (Seattle) | 2:25-cv-00108 | Hon. John H. Chun |

[1] These plaintiffs were voluntarily dismissed from the *Lowry* Action on May 28, 2025.