**BEFORE THE JUDICIAL PANEL**
**ON MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE: PROCTER AND GAMBLE COMPANY "PROTECT, GROW AND RESTORE" MARKETING AND SALES PRACTICES LITIGATION | MDL No. 3157 |

**PROOF OF SERVICE**

I hereby certify that a copy of the foregoing Notice of Appearance and this Proof of Service was served by U.S. Mail as indicated on June 12, 2025, to the following:

| ***Adam Alzaidi, et al. v. Procter & Gamble Co.*** **C.D. California, No. 4:25-cv-04519-MMC** **VIA U.S. MAIL** | |
|---|---|
| Ben M. Harrington<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 300<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>benh@hbsslaw.com<br><br>Catherine N.Y. Gannon<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>catherineg@hbsslaw.com<br><br>**Counsel for Plaintiffs: Adam Alzaidi, Dwight Chornomud, and Melissa Ceuvas** | The Procter & Gamble Company<br>c/o CT Corporation System<br>4400 East Commons Way, #125<br>Columbus, OH 43219 |

<table>
<tr><td colspan="2">Patricia Dean, et al. v. Procter & Gamble Co.<br>N.D. Illinois, No. 1:25-cv-05677-LCJ<br><u>VIA U.S. MAIL</u></td></tr>
<tr><td>Daniel J. Kurowski<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>455 North Cityfront Plaza, Suite 2410<br>Chicago, IL 60611<br>Telephone: (708) 628-4949<br>dank@hbsslaw.com<br><br>Steve W. Berman<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br><br>Counsel for Plaintiffs: Patricia Dean, Carole Grant, and LaTronya Williams</td><td>The Procter & Gamble Company<br>c/o CT Corporation System<br>4400 East Commons Way, #125<br>Columbus, OH 43219</td></tr>
<tr><td colspan="2">Pamela A. Giarrizzo, et al. v. Procter & Gamble Co.<br>D. Massachusetts, No. 1:25-cv-11524-LTS<br><u>VIA U.S. MAIL</u></td></tr>
<tr><td>Abbye Klamann Ognibene<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>One Faneuil Square Hall, 5th Floor<br>Boston, MA 02109<br>abbyeo@hbsslaw.com<br><br>Counsel for Plaintiffs: Pamela A. Giarrizzo and Cynthia Meuse</td><td>The Procter & Gamble Company<br>c/o CT Corporation System<br>4400 East Commons Way, #125<br>Columbus, OH 43219</td></tr>
</table>

<table>
<tr><td colspan="2" align="center">Catherine DuPont v. Procter & Gamble Co., et al.<br>D. Minnesota, No. 0:25-cv-02260-ECT-ECT<br><u>VIA U.S. MAIL</u></td></tr>
<tr><td>Rebecca A. Peterson<br>Krista Freier<br>Catherine Peterson<br>GEORGE FELDMAN MCDONALD, PLLC<br>1650 W. 82nd Street, Suite 880<br>Bloomington, MN 55431<br>Telephone: (612) 778-9595<br>RPeterson@4-Justice.com<br>kfreier@4-Justice.com<br>cpeterson@4-Justice.com<br><br>Counsel for Plaintiffs: Catherine DuPont</td><td>The Procter & Gamble Company<br>c/o CT Corporation System<br>4400 East Commons Way, #125<br>Columbus, OH 43219</td></tr>
<tr><td colspan="2" align="center">Teretta Willis, et al. v. Procter & Gamble Co.<br>S.D. New York, No. 1:25-cv-04461<br><u>VIA U.S. MAIL</u></td></tr>
<tr><td>Nathaniel A. Tarnor<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>594 Dean Street, Suite 24<br>Brooklyn, NY 11238<br>Telephone: (212) 420+2122<br>nathant@hbsslaw.com<br><br>Steve W. Berman<br>Catherine N.Y. Gannon<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>catherineg@hbsslaw.com<br><br>Counsel for Plaintiffs: Teretta Willis and Sharon Beck</td><td>The Procter & Gamble Company<br>c/o CT Corporation System<br>4400 East Commons Way, #125<br>Columbus, OH 43219</td></tr>
</table>

<table>
<tr><th colspan="2">Breanne Maggio v. Procter & Gamble Company, et al.<br>S.D.N.Y. New York, No. 1:25-cv-02667-JPC<br><u>VIA U.S. MAIL</u></th></tr>
<tr><td>Jennifer K. Church<br>Kim E. Richman<br>RICHMAN LAW & POLICY<br>1 Bridge Street, Suite 83<br>Irvington, NY 10533<br>Telephone: (914) 693-2018<br>jchurch@richmanlawpolicy.com<br>krichman@richmanlawpolicy.com<br><br>Plaintiff: Breanne Maggio</td><td>David Lender<br>David R. Singh<br>Aaron J. Curtis<br>Elaina K. Aquila<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue, Suite Concourse<br>New York, NY 10153<br>Telephone: (212) 310-8153<br>david.lender@weil.com<br>david.singh@weil.com<br>aaron.curtis@weil.com<br>elaina.aquila@weil.com<br><br>Counsel for Defendant: Procter & Gamble Company<br><br>Christopher T. Vazquez<br>KATTEN MUCHIN ROSEMAN LLP<br>50 Rockefeller Plaza<br>New York, NY 10020-1605<br>Telephone: (212) 940-6608<br>christopher.vazquez@katten.com<br><br>Christopher A Cole , I<br>KATTEN MUCHIN ROSENMAN LLP<br>2900 K Street, NW<br>North Tower - Suite 200<br>Washington, DC 20007-5118<br>Telephone: (202) 625-3550<br>chris.cole@katten.com<br><br>Johnjerica Hodge<br>KATTEN MUCHIN ROSENMAN LLP<br>1919 Pennsylvania Avenue NW<br>Suite 800<br>Washington, DC 20006-3404<br>Telephone: (202) 625-3710<br>johnjerica.hodge@katten.com<br><br>Counsel for Defendant: Rainforest Alliance, Inc.</td></tr>
</table>

<table>
<tr><td colspan="2">Melissa Lowry, et al. v. Procter & Gamble Co., et al.<br>W.D. Washington, No. 1:25-cv-00108-JHC<br><u>VIA U.S. Mail</u></td></tr>
<tr><td>Steve W. Berman<br>Catherine N.Y. Gannon<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1301 Second Avenue, Suite 2000<br>Seattle, WA 98101<br>steve@hbsslaw.com<br>catherineg@hbsslaw.com<br><br>Rebecca A. Peterson<br>GEORGE FELDMAN MCDONALD, PLLC<br>1650 W. 82nd Street, Suite 880<br>Bloomington, MN 55431<br>Telephone: (612) 778-9595<br>RPeterson@4-Justice.com<br><br>Counsel for Plaintiffs: Melissa Lowry, Adam Alzaldi, Dwight Chornomud, Melisssa Cuevas, Pamela Giarrizzo, Carole Grant, Cynthia Meuse, LaTronya Williams, Lisa Kopecki, Michael Dunn, Patricia Dean, Catherine DuPont, Teretta Willis, Sharon Beck, Dawn van der Steeg, Kelly Rivers, Ernest Easter, Jubin Kwon, Angela Bryant, Gia Pascarelli, Shannon Weisman, Stuart Bergman, Brian Hymas, and Trisha Nadeau</td>
<td>David Lender<br>David R. Singh<br>Aaron J. Curtis<br>Elaina K. Aquila<br>WEIL, GOTSHAL & MANGES LLP<br>767 Fifth Avenue, Suite Concourse<br>New York, NY 10153<br>Telephone: (212) 310-8153<br>david.lender@weil.com<br>david.singh@weil.com<br>aaron.curtis@weil.com<br>elaina.aquila@weil.com<br><br>John Goldmark<br>Nicholas Valera<br>DAVIS WRIGHT TREMAINE<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Telephone: (206) 757-8068<br>johngoldmark@dwt.com<br>nickvalera@dwt.com<br><br>Counsel for Defendant: Procter & Gamble Company</td></tr>
<tr><td></td><td>Defendant:<br><br>Procter & Gambe Distributing LLC<br>c/o CT Corporation System<br>711 Capitol Way S., Suite 204<br>Olympia, WA 98501</td></tr>
</table>

*<u>/s/ Steve W. Berman</u>*
Steve W. Berman

*Attorney for Plaintiffs* Melissa Lowry, Michael Dunn, Lisa Kopecki, Dawn van der Steeg, Kelly Rivers, Ernest Easter, Jubin Kwon, Angela Bryant, Gia Pascarelli, Shannon Weisman, Stuart Bergman, Brian Hymas, and Trisha Nadeau in *Lowry, et al. v. Procter & Gamble Co., et al.*, Case No. 2:25-cv-00108-JHC (W.D. Wash.); Adam Alzaidi, Dwight Chornomud, and Melissa Ceuvas in *Alzaidi, et al. v. Procter & Gamble Co*., Case No. 3:25-cv-04519 (N.D. Cal.); Patricia Dean, Carole Grant, and Latronya Williams in *Dean, et al. v. Procter & Gamble Co*., Case No. 1:25-cv-05977 (N.D. Ill.); Pamela Giarrizzo and Cynthia Meuse in *Giarrizzo, et al. v. Procter & Gamble Co*., Case No. 1:25-cv-11524 (D. Mass.); Catherine DuPont in *DuPont v. Procter & Gamble Co*., Case No. 0:25-cv-02260 (D. Minn.); Teretta Willis and Sharon Beck in *Willis, et al. v. Procter & Gamble Co*., Case No. 1:25-cv-04461 (S.D.N.Y.)